**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 05-0521-2-PCT-DKD |
| | ) | **ORDER** |
| vs. | ) | |
| Mathew Nelson, | ) | |
| Defendant. | ) | |

Pursuant to Defendant's motion to continue, the Government not objecting, and good cause shown therein, to wit: counsel for Defendant must be out of state at that time to attend to his ailing father in Florida.

**IT IS HEREBY ORDERED** that the Defendant's motion to continue is granted pursuant to 18 U.S.C. § 3161(h)(8)(A) and continuing the hearing in this matter to February 23, 2006, at 9:00 a.m.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy hearing. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED this 15th day of February, 2006.

_____
David K. Duncan
United States Magistrate Judge