Case 3:05-cr-00521-DKD   Document 63   Filed 02/28/06   Page 1 of 2

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

               Plaintiff,

      v.

Matthew Nelson,

               Defendant.

CR 05-521-002 PCT DGC

**DETENTION ORDER**

On February 23, 2006, defendant Matthew Chee Nelson appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel in determining whether the defendant should be released on conditions previously set by the Court.

The Court finds that the defendant, having previously been convicted and placed on pretrial release, and having appeared before the Court in connection with a petition to revoke his conditions of release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to 18 U.S.C. §3142(b) or (c).

1  IT IS THEREFORE ORDERED that defendant be detained pending further
2 proceedings.  18 U.S.C. §3143, Rule 46(c), and Rule 32.1(a)(6), Federal Rules of
3 Criminal Procedure.
4  DATED this 27th day of February, 2006.

_____
David K. Duncan
United States Magistrate Judge